FILED IN OPEN COURT
ON 7/21/2010
Dennis P Iavarone, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Taron Leon Shuler          Docket No. 5:98-CR-116-1BO

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Taron Leon Shuler, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 1, 2000, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

2. The defendant shall forfeit his Rolex watch as directed by the court.

Taron Leon Shuler was released from custody on March 30, 2007, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant provided a urine screen on June 30, 2010, which tested positive for the use of marijuana. Shuler initially denied any use of marijuana but ultimately admitted to this officer that he had smoked marijuana at his birthday party on the weekend of June 19, 2010. To address this behavior, and in an effort to deter future drug use, we are recommending that Shuler be allowed exposure to appropriate substance abuse treatment. The defendant has been warned that an arrest warrant could be requested from the court subsequent to any future urinalysis tests returning positive for illegal drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Taron Leon Shuler
Docket No. 5:98-CR-116-1BO
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8682<br>Executed On: July 19, 2010 |

### ORDER OF COURT

Considered and ordered this ___21___ day of ___July___, 2010, and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge